IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

SHELIA TAYLOR-JONES,

     Plaintiff,

v.                                                   Case No. 1:25-cv-01026-JDB-jay

CARROLL COUNTY SHERIFF'S
DEPARTMENT, *et al.*,

     Defendants.
_____

ORDER ADOPTING REPORT AND RECOMMENDATION,
DISMISSING DEFENDANTS CARROLL COUNTY SHERIFF'S DEPARTMENT AND
UNKNOWN CARROLL COUNTY DEPUTIES,
DIRECTING SERVICE OF PROCESS ON REMAINING DEFENDANTS,
AND
DENYING PLAINTIFF'S MOTIONS TO STAY AS MOOT
_____

The Plaintiff, Shelia Taylor-Jones, initiated this pro se action on January 27, 2025, against the Carroll County, Tennessee, Sheriff's Department pursuant to 42 U.S.C. § 1983. (Docket Entry ("D.E.") 2.) Her request to proceed in forma pauperis was granted on January 28, 2025, (D.E. 8) and, on January 30, 2025, she was directed to amend her complaint (D.E. 11). The amended pleading, filed February 13, 2025, named as Defendants the Carroll County Sheriff's Department; Lucas Cameron Coleman; Officer FNU Davis; Officer FNU Pollard; Deputy FNU Hamilton; Unknown Carroll County Deputies; and the City of McKenzie, Tennessee. (D.E. 13.) Plaintiff has also filed two motions to stay this matter, which remain pending. (D.E. 9, 12.) The Magistrate Judge screened the amended complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) and, on August 7, 2025, issued a report and recommendation (the "R&R") that the claims against the Unknown Carroll County Deputies and the Carroll County Sheriff's Department be dismissed and

the § 1983 claims against Defendants Coleman, Davis, Pollard, and Hamilton, as well as the claim pursuant to *Monell v. Department of Social Services*, 436 U.S. 658 (1978), against the City of McKenzie proceed; that the motions to stay be denied as moot; and that service of process be issued and effected on Coleman, Davis, Pollard, Hamilton, and the City of McKenzie.   (D.E. 15.) Taylor-Jones has filed no objections to the R&R and the time for doing so has expired.   *See* LR 72.1(g)(2).

Having reviewed the record, the Court agrees with the Magistrate Judge's recommendations and ADOPTS the R&R in its entirety.   Accordingly, the Carroll County Sheriff's Department and the Unknown Carroll County Deputies are DISMISSED as Defendants in this matter.   It is DIRECTED that process be issued and the United States Marshals Service effectuate service on Defendants Coleman, Davis, Pollard, Hamilton, and the City of McKenzie. The Plaintiff's motions to stay are DENIED as moot.

IT IS SO ORDERED this 27th day of August 2025.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE